IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA



FILED
AUG 23 2022
BONNIE HACKLER
Clerk, U.S. District Court
By_____
Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> *Plaintiff,* <br><br> v. <br><br> **EDMOND RICHARD LEWIS JR.,** <br> a/k/a Edmond Richard Lewis, <br><br> *Defendant.* | SEALED <br><br> Case No. **CR 22-119-RAW** |

## INDICTMENT

The Federal Grand Jury charges:

### COUNT ONE

**FELON IN POSSESSION OF FIREARM**
[18 U.S.C. §§ 922(g)(1) & 924(a)(2)]

On or about November 25, 2020, within the Eastern District of Oklahoma, the Defendant, **EDMOND RICHARD LEWIS JR., a/k/a Edmond Richard Lewis,** having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, and knowing of such conviction, did knowingly possess in and affecting commerce, a firearm, to wit: one (1) Hi-Point Firearms model C9, 9mm caliber, semi-automatic pistol, bearing serial number P10007240, and one (1) Sig Sauer model M400, 5.56 caliber, semi-automatic rifle, bearing serial number 20L045699, which had been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## FORFEITURE ALLEGATION
### [18 U.S.C. § 924(d) & 28 U.S.C. § 2461(c)]

The allegations contained in Counts One of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

Upon conviction of the violations alleged in Counts One of this Indictment involving violations of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2), the Defendant, **EDMOND RICHARD LEWIS JR., a/k/a Edmond Richard Lewis**, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offenses, including, but not limited to:

- one (1) Hi-Point Firearms model C9, 9mm caliber, semi-automatic pistol, bearing serial number P10007240; and

- one (1) Sig Sauer model M400, 5.56 caliber, semi-automatic rifle, bearing serial number 20L045699.

A TRUE BILL:

CHRISTOPHER J. WILSON
United States Attorney

Pursuant to the E-Government Act, the original indictment has been filed under seal in the Clerk's Office.

s / Foreperson
FOREPERSON OF THE GRAND JURY

ZACHARY W. PARSONS, TXBA # 24104449
Assistant United States Attorney

2